IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-01246-MJW

CHERYL E. MOSLEY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael J. Watanabe on September 15, 2015, incorporated herein by reference, it is

ORDERED that the ALJ's denial of disability benefits is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Cheryl E. Mosley.  It is

FURTHER ORDERED that each party shall pay its own costs and attorney fees.


DATED at Denver, Colorado this 15th  day of September, 2015.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK


                s/S. Libid
                S. Libid,
                Deputy Clerk